UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

NANCY GREENHILL,

        Plaintiff,

  -against-

THE SUDDATH COMPANIES, d/b/a
SUDDATH RELOCATION SYSTEMS OF
NEW YORK, INC.,

        Defendant.
-----------------------------------------------------------------------x

**RULE 7.1 STATEMENT**

08 Civ. 0966 (KMK)

ECF Case

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedures, the undersigned counsel for Defendant, improperly named as THE SUDDATH COMPANIES, d/b/a SUDDATH RELOCATION SYSTEMS OF NEW YORK, INC., (which is a non-governmental corporate party) hereby certifies that the following are corporate parents and publicly held corporations owning more than 10% of Defendant's stock:

                SUDDATH VAN LINES, INC.

Dated:   White Plains, New York
           March 10, 2008

                                KEANE & BEANE, P.C.

                By:  _____
                       Eric L. Gordon (EG 7301)
                       Attorneys for Defendant
                       445 Hamilton Avenue, 15th Floor
                       White Plains, New York 10601
                       (914) 946-4777

-2-

Of counsel:

William H. Andrews
Florida Bar No. 145660
COFFMAN, COLEMAN, ANDREWS
 & GROGAN, P.A.
P.O. Box 40089
Jacksonville, FL 32203
Telephone: (904) 89-5161
Facsimile: (904)387-9340