*Fee paid $25*
*E641835*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

NANCY GREENHILL,

                Plaintiff,

   -against-

THE SUDDATH COMPANIES, d/b/a
SUDDATH RELOCATION SYSTEMS OF
NEW YORK, INC.,

                Defendant.
-----------------------------------------------------------------------x

MOTION TO ADMIT
COUNSEL PRO HAC VICE

08 Civ. 0966 (KMK)

ECF Case

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Eric L. Gordon, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

    William H. Andrews, Esq.
    Coffman, Coleman, Andrews & Grogan, P.A.
    P.O. Box 40089
    Jacksonville, Florida 32203
    Telephone 904-389-5161
    Facsimile 904-387-9340
    wandrews@ccaglaborlaw.com

William H. Andrews, Esq., is a member in good standing of the Bar of the State of Florida and in the United State District Court for the Middle District of Florida. There are no pending disciplinary proceeding against William H. Andrews in any State or Federal Court.

Dated:   White Plains, New York
          March 13, 2008

                        By _____
                            Eric L. Gordon (EG 7301
                            Attorneys for Defendant
                            445 Hamilton Avenue, 15th Floor
                            White Plains, New York 10601
                            (914) 946-4777

[ELECTRONICALLY FILED stamp: DOC #: _____ DATE FILED: _____]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

NANCY GREENHILL,

           Plaintiff,

-against-

THE SUDDATH COMPANIES, d/b/a
SUDDATH RELOCATION SYSTEMS OF
NEW YORK, INC.,

           Defendant.
------------------------------------------------------------------x

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

08 Civ. 0966 (KMK)

ECF Case

STATE OF NEW YORK     )
                                 )SS.:
COUNTY OF WESTCHESTER )

**ERIC L. GORDON**, being duly sworn, deposes and says:

1. I am a member of Keane & Beane, P.C., and local counsel for Defendant, the Suddath Companies, d/b/a, Suddath Relocation Systems of New York, Inc., in the above-captioned action. I am familiar with the proceedings in this case. I make this Affidavit based on my personal knowledge of the facts set forth herein and my discussions with William H. Andrews, Esq., in support of Defendant's motion to Admit William H. Andrews, Esq., as counsel pro hac vice to represent Defendant in this matter.

2. I am a member in good standing of the bar of the State of New York and was admitted to practice law in April 1994. I am also admitted to the bar of the United State District Court for the Southern District of New York, and am in good standing with this Court.

3. I am familiar with William H. Andrews, Esq. Mr. Andrews is a member of the firm Coffman, Coleman, Andrews & Grogan, P.A., located in Jacksonville, Florida. I am informed and believe that Mr. Andrews is a skilled attorney who has extensive practice in Federal Courts and is familiar with the Federal Rules of Civil Procedure. Mr. Andrews has been a practicing attorney since 1972 and is a charter member of the Florida Academy of Management Attorneys. I am informed and believe that he also has extensive experience in regard to employment related matters, which are at issue in this case.

4. Accordingly, I am pleased to move the admission of William H. Andrews, Esq., pro hac vice.

5. I respectfully submit a proposed Order granting the admission of William H. Andrews, Esq., pro hac vice.

**WHEREFORE,** it is respectfully requested that the motion to admit William H. Andrews, Esq., pro hac vice, to represent Defendant in the above-captioned matter, be granted.

Dated:   White Plains, New York
         March 13, 2008

                                    KEANE & BEANE, P.C.

                            By:     _____
                                    Eric L. Gordon (EG 7301)
                                    Attorneys for Defendant
                                    445 Hamilton Avenue, 15th Floor
                                    White Plains, New York 10601
                                    (914) 946-4777

Sworn to before me this
13th day of March, 2008

_____
Notary Public

PATRICIA A. ENGELS
Notary Public, State of New York
No. 01EN6138621
Qualified in Westchester County
Commission Expires 12/27/20 __

-2-

AO 136 (Rev.9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

## CERTIFICATE OF GOOD STANDING

*I, Sheryl L. Loesch, Clerk of this Court,*

*certify that William Henry Andrews, Bar # 0145660,*

*was duly admitted to practice in this Court on*

*July 20, 1973, and is in good standing*

*as a member of the Bar of this Court.*

*Dated at Jacksonville, Florida, on March 6, 2008.*

SHERYL L. LOESCH
CLERK

DEPUTY CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

NANCY GREENHILL,

       Plaintiff,

-against-

THE SUDDATH COMPANIES, d/b/a
SUDDATH RELOCATION SYSTEMS OF
NEW YORK, INC.,

       Defendant.
------------------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

08 Civ. 0966 (KMK)

ECF Case

STATE OF NEW YORK          )
                           )SS.:
COUNTY OF WESTCHESTER      )

    Patricia Engels, being duly sworn, deposes and says:

    I am not a party to this action, am over 18 years of age and reside at c/o Keane & Beane, P.C., 445 Hamilton Avenue, 15th Floor, White Plains, New York 10601.

    On the 14th day of March, 2008, I served a true copy of the annexed MOTION TO ADMIT COUNSEL PRO HAC VICE WITH SUPPORTING AFFIDAVIT in this action by mailing a true copy thereof enclosed in a post-paid wrapper, by first class mail, by depositing same in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State to the following address:

To:    Helen Ullrich, Esq.
        Bergstein & Ullrich, LLP
        15 Railroad Avenue
        Chester, NY 10918

                                                              PATRICIA ENGELS

Sworn to before me this
14th day of March, 2008

Notary Public

MARIANNE QUATTROCIOCCHI
Notary Public, State of New York
No. 4995957
Qualified in Westchester County
Commission Expires May 4, 199__ 2010