UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

NANCY GREENHILL,

        Plaintiff,

  -against-

THE SUDDATH COMPANIES, d/b/a
SUDDATH RELOCATION SYSTEMS OF
NEW YORK, INC.,

        Defendant.
------------------------------------------------------------------x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:
```

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

08 Civ. 0966 (KMK)

ECF Case

    Upon the motion of Eric L. Gordon, attorney for Defendant, the Suddath Companies, d/b/a Suddath Relocation Systems of New York, Inc., and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that:

    William H. Andrews, Esq.
    Coffman, Coleman, Andrews & Grogan, P.A.
    P.O. Box 40089
    Jacksonville, Florida 32203
    Telephone 904-389-5161
    Facsimile 904-387-9340
    wandrews@ccaglaborlaw.com

is admitted to practice pro hac vice as counsel for Defendant, Suddath Companies, d/b/a Suddath Relocation Systems of New York, Inc., in the above-captioned case, in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately

apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: White Plains, New York
March 3/19, 2008

SO ORDERED:

_____
KENNETH M. KARAS, U.S.D.J.