UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

NANCY GREENHILL,

    Plaintiff,

    -against-                                  **NOTICE OF CHANGE OF FIRM NAME AND ADDRESS**

THE SUDDATH COMPANIES, d/b/a              ECF Case No. 08 Civ. 0966
SUDDATH RELOCATION SYSTEMS OF        Judge Karas
NEW YORK, INC.,

    Defendant.
_____

      PLEASE TAKE NOTICE that effective July 1, 2008, counsel for The Suddath Companies, d/b/a Suddath Relocation Systems of New York, Inc., William H. Andrews will have a change of firm name and address as follows:

GrayRobinson, P.A.<br>
50 North Laura Street, Suite 1100<br>
Jacksonville, Florida 32202<br>
Telephone: (904)598-9929<br>
Facsimile: (904)598-5909<br>
E-mail: wandrews@gray-robinson.com

Dated this 26th day of June, 2008.

      S/      William H. Andrews
      WILLIAM H. ANDREWS
      Florida Bar No. 145660

      COFFMAN, COLEMAN, ANDREWS
       & GROGAN, P.A.
      800 W. Monroe Street
      P.O. Box 40089 (32203)
      Jacksonville, FL 32202
      Telephone: (904) 389-5161
      Telecopier: (904) 387-9340

      Counsel for Defendant.

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing Notice of Change of Firm and Address with the Clerk of the United States District Court, Southern District of New York, this 26th day of June, 2008, by using CM/ECF systems which will send a notice of electronic filing to the following:

    Helen G. Ullrich (HU 6597)
    BERGSTEIN 7 ULLRICH, LLP
    15 Railroad Avenue
    Chester, New York 10918

    Attorneys for Plaintiff

      s/William H. Andrews
           Attorney

Case 7:08-cv-00966-KMK-LMS   Document 8   Filed 06/26/2008   Page 3 of 3