**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of                                                                                  August 7, 2008
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

**SCHEDULING ORDER**
08CV966 (KMK) (LMS)

Eric Lewis Gordon
Keane & Beane, P.C.
445 Hamilton Avenue 15th Floor
White Plains, NY 10601

Helen G. Ullrich
Bergstein & Ullrich, LLP
15 Railroad Avenue
Chester, NY 10918

    The matter of    **GREENHILL-V-SUDDATH**    has been scheduled for a conference, before the Hon. Lisa Margaret Smith, United States Magistrate Judge, on **September 9, 2008** at 10:15AM in Courtroom 420.

    Notify all other parties of this schedule immediately.

*Any party seeking a reschedule shall telephone chambers with all other parties on the line.*

SO ORDERED: _____
Hon. Lisa Margaret Smith
U.S.M.J.

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of                                                                                       August 7, 2008
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

**SCHEDULING ORDER**
08CV966 (KMK) (LMS)

Eric Lewis Gordon
Keane & Beane, P.C.
445 Hamilton Avenue 15th Floor
White Plains, NY 10601

Helen G. Ullrich
Bergstein & Ullrich, LLP
15 Railroad Avenue
Chester, NY 10918

    The matter of **GREENHILL-V-SUDDATH** has been scheduled for a conference, before the Hon. Lisa Margaret Smith, United States Magistrate Judge, on **September 9, 2008** at 10:15AM in Courtroom 420.

    Notify all other parties of this schedule immediately.

*Any party seeking a reschedule shall telephone chambers with all other parties on the line.*

SO ORDERED: _____
Hon. Lisa Margaret Smith
U.S.M.J.